**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> $20,793.00 in U.S. CURRENCY, § <br> *Defendant in rem.* § <br> § | CIVIL ACTION NO. 4:11-cv-03016 |

**VERIFIED CLAIM OF YAHYA TUKDI**

PLEASE TAKE NOTICE that Yahya Tukdi, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, by and through his attorneys, hereby asserts an ownership interest in, and makes a claim upon, the following property identified as the defendant *in rem* in the above-captioned case:

> $13,000.00 in U.S. Currency seized on June 21, 2011 at the George Bush Intercontinental Airport in Houston, Texas from Yahya Tukdi and Mumtaz Tukdi.

Alternatively, Yahya Tukdi hereby asserts an ownership interest in, and makes a claim upon, the following property identified as the defendant *in rem* in the above-captioned case:

> $20,793.00 in U.S. Currency seized on June 21, 2011 at the George Bush Intercontinental Airport in Houston, Texas from Yahya Tukdi and Mumtaz Tukdi.

Dated: September 21, 2011

/s/Kervyn B. Altaffer, Jr.
State Bar of Texas No. 01116575
So. Dist. Texas No. 6409

Meagan Hassan
State Bar of Texas No. 24065385
So. Dist. Texas No. – *Admission Pending*

DEMOND & HASSAN, PLLC
2800 Post Oak Boulevard, Suite 4100
Houston, Texas 77056
Tel: (713) 710-5240
Fax: (713) 588-8407

Attorneys for Claimant Yahya Tukdi

## VERIFICATION

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, or belief.

_____
Yahya Tukdi

Subscribed and Sworn To Before Me this 21 day of September 2011.

_____
Notary Public in and for the State of Texas

My Commission Expires: _____

BRIDGET RAQUEL FOSTER
MY COMMISSION EXPIRES
May 27, 2015