UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:11-cv-03016 |
| $20,793.00 in U.S. CURRENCY,<br>*Defendant in rem.* | §<br>§<br>§ | |

**CLAIMANTS YAHYA TUKDI AND MUMTAZ TUKDI'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND BRIEF IN SUPPORT**

Claimants, Yahya Tukdi and Mumtaz Tukdi, hereby file their unopposed motion to extend the time for Claimants to file their answers and defenses pursuant to Rule 12 Fed. R. Civ. Procedure to October 28, 2011.

Pursuant to Fed. R. Civ. Procedure 6(b), the Court may extend the time if a request is made before the original time expires. This Motion is being filed before the expiration of the original time for Yahya Tukdi and Mumtaz Tukdi to file their answers and defenses. Good cause exists for the granting of this extension in that Claimants reside in Austin, Texas and their Counsel has had difficulty in meeting with them due to Counsel being out of town on other court matters.

Wherefore, Claimants request the Court to grant this Motion and extend the time for Claimants to file their answers and defenses to October 28, 2011.

Dated: October 13, 2011

                                  s/Kervyn B. Altaffer, Jr.
                                  Attorney in Charge
                                  State Bar of Texas No. 01116575
                                  So. Dist. Texas No. 6409

<pre>
                        Meagan Hassan
                        State Bar of Texas No. 24065385
                        So. Dist. Texas No. – *Admission Pending*

                        DEMOND & HASSAN, PLLC
                        2800 Post Oak Boulevard, Suite 4100
                        Houston, Texas 77056
                        Tel: (713) 710-5240
                        Fax: (713) 588-8407

                        Attorneys for Claimants Yahya Tukdi and Mumtaz Tukdi
</pre>

## CERTIFICATE OF CONFERENCE

On October 12, 2011, I inquired of Albert Ratliff, attorney for Plaintiff, if Plaintiff would agree to the extension of time requested in this motion, and he sent me an email on October 12, 2011 stating that Plaintiff does not oppose the relief requested in this motion.

                        _s/ Meagan Hassan__

## CERTIFICATE OF SERVICE

      Counsel for Plaintiff has been served with a copy of the foregoing electronically through the ECF system.

                        s/Kervyn B. Altaffer, Jr.